UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMMIE LAVETTE GIBSON,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 22-cv-06815-RS

**ORDER RE BRIEFING SCHEDULE AND FILING OF CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

On June 6, 2023, plaintiff filed a motion seeking remand to the Social Security Administration for further administrative proceedings, including a new hearing and decision. The docket entry stated any opposition was due 14 days later. For clarity, the opposition deadline set in the procedural order (Dkt. No. 6) governs, and opposition would ordinarily be due within 28 days of the date the motion was filed. Because that date falls on a holiday, under Rule 6 of the Federal Rules of Civil Procedure, the deadline is extended to the following day, July 5, 2023.

Separately, plaintiff is requested to file promptly a written consent or declination to the jurisdiction of a magistrate judge to hear this matter. See Civil Local Rule 73-1(b).

**IT IS SO ORDERED**.

Dated: June 29, 2023

_____
RICHARD SEEBORG
Chief United States District Judge